No. 723. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* BE-
NÍTEZ ET AL., DEFENDANTS AND APPELLANTS.—Appeal from the
District Court of Humacao in a prosecution for violation of
section 85 of the Penal Code. Motion by appellants to correct
the record. Decided November 18, 1914. Motion overruled

without prejudice to a further decision thereon if the said document is presented anew duly approved and certified to by the trial judge. *Mr. Salvador Mestre, fiscal,* for The People. *Mr. Eugenio Benítez Castaño* for the appellants.